UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSHUA KADISON | No. 20 CR 622<br><br>HONORABLE JUDGE ALONSO |

## MOTION FOR CJA APPOINTED PANEL COUNSEL CLARENCE BUTLER JR. TO WITHDRAW BASED ON THE FILED APPEARANCE OF DEFENDANT'S RETAINED PRIVATE COUNSEL

NOW COMES, ATTORNEY CLARENCE BUTLER JR., OF THE LAW OFFICE OF CLARENCE BUTLER JR., hereby respectfully submits to this HONORABLE COURT, the following: *Motion For CJA Appointed Panel Counsel, Clarence Butler Jr., To Withdraw Based On The Filed Appearance Of Defendant, Joshua Kadison's Retained Private Counsel.*

Clarence Butler Jr was appointed pursuant to the Criminal Justice Act as Federal Defender Panel counsel for Joshua Kadison, and hereby moves this Honorable Court to withdraw his appointment as Kadison's defense counsel, as private counsel has been retained and file his appearance.

Respectfully submitted,

/s/*Clarence Butler Jr.*
The Law Office of Clarence Butler Jr.
150 Michigan Avenue, Suite 2800
Chicago, Illinois 60601
(312) 216-5102

Dated: December 11, 2020