
FILED
5/25/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
JK
JUDGE KENDALL
MAGISTRATE JUDGE CUMMINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSHUA KADISON | No. 20 CR 622<br><br>Violation: Title 18, United States Code, Section 922(q)(2)(A)<br><br>**Superseding Information** |

The UNITED STATES ATTORNEY charges:

On or about May 8, 2020, at West Chicago, in the Northern District of Illinois, Eastern Division,

JOSHUA KADISON,

defendant herein, did knowingly possess a firearm, namely a Springfield Armory, model Saint Victor, 5.56mm semiautomatic pistol bearing serial number ST242383, which firearm had moved in interstate commerce, within a distance of 1,000 feet of the grounds of Elementary School A, located in West Chicago, Illinois, a place that defendant knew and had reasonable cause to believe was a school zone, as that term is defined by Title 18, United States Code, Section 921(a)(25),

In violation of Title 18, United States Code, Section 922(q)(2)(A).

MATTHEW MADDEN
Digitally signed by MATTHEW MADDEN
Date: 2022.05.25 14:03:07 -05'00'

UNITED STATES ATTORNEY