LM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

# FILED

JUL 25 2022 JMK

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 20 CR 622 |
| JOSHUA KADISON | HONORABLE VIRGINIA M. KENDALL |

## REQUEST FOR APPOINTMENT OF NEW COUNCIL

I Joshua Kadison request this court appoint the defendant (myself) New council due to a breakdown in the relationship and trust between myself and current council Mr. Solano I am unable to afford a new lawyer at this time because, my bond conditions make it a near impossibility to attain gainful employment to afford a lawyer. What financial resources I have left are minimal and not reasonably sufficient to pay for a new lawyer.

(in the event my bond conditions are changed to a less restrictive set of conditions that were to allow me to attain employment to pay for a new lawyer it is requested that this Request be withdrawn.)

2676
Bainbridge Live
West Chicago IL 60185

RECEIVED
2022 JUL 25 AM 8

CAROL STREAM IL 601
18 JUL 2022 PM 7 L

FOREVER

U.S. District Court 219 S. Dearborn St.
Chicago IL 60604 20th Floor

Attn: Prisoner Correspondence

60604-8599