IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 20 CR 622 |
| JOSHUA KADISON | HONORABLE VIRGINIA M. KENDALL |

**MOTION TO DISMISS CURRENT COUNSEL**

Comes now Defendant Joshua kadison, requests this court terminate Vincent solano, Mr. Solano has done the bare minimum to render satisfactory assistance with this defendant's (myself) case. recent augments and lack of clear communication has recently called into doubt as to Mr. Solanos willingness and capability to adequately represent Myself. For the foregoing reasons the defendant respectfully requests that this court terminate Mr. Solano from this case.

(Please note, any statement contained herein does not give any opinion on Mr. Solano and his ability to adequately represent other clients and this motion is based on individual opinion and experience.)

**FILED**

JUL 25 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

2676 Bainbridge Blvd.
West Chicago IL 60185



CAROL STREAM IL 601
18 JUL 2022 PM 8 L

U.S district court 219 S. dearborn St.
Chicago IL 60604 20th floor

Attn: prisoner correspondence

2022 JUL 25 AM 9:07
RECEIVED



07/25/2022-11